UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ROBERT S. HOGARTY,**

    **Plaintiff,**

**v.**                            Case No: 5:25-cv-122-KMM-PRL

**ORGILL, INC., MONSANTO COMPANY, BAYER CORPORATION, and DALE R. VANCE,**

    **Defendants.**

## ORDER

This case is before the Court for consideration of *pro se* Plaintiff's motion for Clerk's default against Orgill, Inc. (Doc. 18). A review of the docket reveals that Defendant Orgill, Inc., has made an appearance through counsel and has filed a motion to dismiss Plaintiff's complaint. (Doc. 25).

Accordingly, entry of default by the Clerk against Orgill, Inc., is not appropriate under Federal Rule of Civil Procedure 55(a). Plaintiff's motion for Clerk's default against Orgill, Inc. (Doc. 18) is DENIED.

**DONE** and **ORDERED** in Ocala, Florida on March 24, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties